No. 11–999.  FLORIDA ET AL. *v.* GEORGIA ET AL.;

No. 11–1006.  ALABAMA ET AL. *v.* GEORGIA ET AL.; and

No. 11–1007.  SOUTHEASTERN FEDERAL POWER CUSTOMERS, INC. *v.* GEORGIA ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of these petitions.  Reported below: 644 F. 3d 1160.

No. 11–1034.  GABAYZADEH *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–1194.  JAYYOUSI *v.* UNITED STATES; and

No. 11–1198.  HASSOUN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of these petitions.  Reported below: 657 F. 3d 1085.

No. 11–1259.  HARTSEL ET AL., INDIVIDUALLY, DERIVATIVELY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* VANGUARD GROUP, INC., ET AL.  Sup. Ct. Del.  Certiorari denied.  JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 11–9960.  PINDER *v.* ARKANSAS.  Sup. Ct. Ark.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 11–10476.  MOJICA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10477.  SETTLE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.